IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER J. LONG,

    Plaintiff,

v.

MICHAEL L. HAMMER,
RONALD BREWER, CHAD CLINE,
LISA PETTERA, MANDY MATHSON
and TIM HAINES,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-149-slc

This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Michael L. Hammer, Ronald Brewer, Chad Cline, Lisa Pettera, Mandy Mathson and Tim Haines granting their motion for summary judgment and dismissing this case.

/s/  
Peter Oppeneer, Clerk of Court

8/9/2017  
Date