UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PETER J. LONG,

    Plaintiff,

v.

**Case No. 16-cv-149-slc**

MICHAEL L. HAMMER,
RONALD BREWER, CHAD CLINE,
LISA PETTERA, MANDY MATHSON,
and TIM HAINES,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Peter J. Long, appearing *pro se*, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from: 1.) the denial of his access to the courts claim which was dismissed in the PLRA Screening Opinion and Order pursuant 28 U.S.C.A. § 1915A dated June 21, 2016, and 2.) the final judgment in this civil case granting the defendants' motion for summary judgment and dismissing this case entered on August 9, 2017.

Dated this 22nd day of August, 2017.

Sincerely,

_____
Peter J. Long
*Pro Se* Plaintiff-Appellant
Oakhill Correctional Institution
P.O. Box 938
Oregon, WI 53575